**EXHIBIT A DOE LIST**

| | |
|---|---|
| **Doe # 1** | **IP Address:** 209.166.114.47 2008-01-28 02:39:41 EST<br>**Case ID: 157173623** |
| **Doe # 2** | **IP Address:** 209.166.116.120 2008-01-29 11:26:42 EST<br>**Case ID: 157337904** |
| **Doe # 3** | **IP Address:** 209.166.116.134 2008-01-29 14:51:40 EST<br>**Case ID: 157351803** |
| **Doe # 4** | **IP Address:** 209.166.115.78 2008-01-31 19:13:05 EST<br>**Case ID: 157598864** |
| **Doe # 5** | **IP Address:** 209.166.116.180 2008-02-13 17:05:00 EST<br>**Case ID: 159041267** |
| **Doe # 6** | **IP Address:** 209.166.115.50 2008-02-15 15:30:06 EST<br>**Case ID: 159270106** |
| **Doe # 7** | **IP Address:** 209.166.116.153 2008-02-15 18:43:53 EST<br>**Case ID: 159285795** |
| **Doe # 8** | **IP Address:** 209.166.115.246 2008-02-27 18:23:28 EST<br>**Case ID: 160698136** |
| **Doe # 9** | **IP Address:** 209.166.117.187 2008-03-04 00:41:44 EST<br>**Case ID: 161300799** |
| **Doe # 10** | **IP Address:** 209.166.115.116 2008-03-20 07:46:26 EDT<br>**Case ID: 163234214** |
| **Doe # 11** | **IP Address:** 209.166.115.58 2008-03-21 20:40:14 EDT<br>**Case ID: 163431247** |
| **Doe # 12** | **IP Address:** 209.166.115.65 2008-03-26 16:39:12 EDT<br>**Case ID: 164051481** |
| **Doe # 13** | **IP Address:** 209.166.116.250 2008-04-05 22:08:05 EDT<br>**Case ID: 165462177** |

| | |
|---|---|
| **Doe # 14** | **IP Address:** 209.166.116.240 2008-04-10 06:51:22 EDT<br>**Case ID: 166006603** |
| **Doe # 15** | **IP Address:** 209.166.115.168 2008-04-10 14:51:00 EDT<br>**Case ID: 166049943** |
| **Doe # 16** | **IP Address:** 209.166.116.175 2008-04-23 16:18:54 EDT<br>**Case ID: 167514146** |

# EXHIBIT A

**IP Address:** 209.166.114.47 2008-01-28 02:39:41 EST **CASE ID#** 157173623

**P2P Network:** GnutellaUS **Total Audio Files:** 43

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Nelly | Grillz | Grillz (single) | 385-148 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| Zomba Recording LLC | Three Days Grace | I Hate Everything About You | Three Days Grace | 338-429 |
| Interscope Records | Eminem | My Name Is | The Slim Shady LP | 262-686 |
| BMG Music | Kelly Clarkson | Breakaway | Breakaway | 352-147 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Drive | Make Yourself | 278-818 |
| UMG Recordings, Inc. | Papa Roach | Scars | Getting Away With Murder | 360-567 |
| BMG Music | Sara Evans | You'll Always Be My Baby | Real Fine Place | 375-983 |
| Atlantic Recording Corporation | Pretty Ricky | Grind With Me | Bluestars | 376-229 |

# EXHIBIT A

**IP Address:** 209.166.116.120 2008-01-29 11:26:42 EST **CASE ID#** 157337904

**P2P Network:** GnutellaUS **Total Audio Files:** 662

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Whitesnake | Here I Go Again | Whitesnake | 82-749 |
| Virgin Records America, Inc. | Shaggy | Boombastic | Boombastic | 222-048 |
| UMG Recordings, Inc. | Tom Petty | Don't Do Me Like That | Damn The Torpedoes | 14-497 |
| UMG Recordings, Inc. | The Police | King Of Pain | Synchronicity | 44-862 |
| BMG Music | Dave Matthews Band | The Space Between | Everyday | 300-313 |
| UMG Recordings, Inc. | 50 Cent | 21 Questions | Get Rich Or Die Tryin' | 337-801 |
| SONY BMG MUSIC ENTERTAINMENT | The Fugees | Fu-Gee-La | The Score | 222-005 |
| UMG Recordings, Inc. | The Police | Roxanne | Roxanne (single) | 4-190 |
| UMG Recordings, Inc. | The Killers | Mr. Brightside | Hot Fuss | 355-962 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |

# EXHIBIT A

**IP Address:** 209.166.116.134 2008-01-29 14:51:40 EST

**CASE ID#** 157351803

**P2P Network:** AresWarezUS

**Total Audio Files:** 167

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Kenny Chesney | I Go Back | When The Sun Goes Down | 341-104 |
| BMG Music | Brad Paisley | Alcohol | Time Well Wasted | 366-007 |
| UMG Recordings, Inc. | Aqua | Barbie Girl | Barbie Girl (single) | 240-665 |
| BMG Music | Kenny Chesney | Summertime | The Road and the Radio | 383-449 |
| BMG Music | NSYNC | Here We Go | *NSYNC | 252-748 |
| Zomba Recording LLC | Backstreet Boys | Just Want You To Know | Never Gone | 365-999 |
| Zomba Recording LLC | Britney Spears | I'm a Slave 4 U | Britney | 301-907 |
| Capitol Records, LLC | Trace Adkins | Songs About Me | Songs About Me (single) | 361-542 |
| SONY BMG MUSIC ENTERTAINMENT | Miranda Lambert | Kerosene | Kerosene | 367-710 |
| Lava Records LLC | Simple Plan | Untitled | Still Not Getting Any… | 375-167 |

# EXHIBIT A

**IP Address:** 209.166.115.78 2008-01-31 19:13:05 EST **CASE ID#** 157598864

**P2P Network:** AresWarezUS **Total Audio Files:** 141

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| UMG Recordings, Inc. | Gwen Stefani | Crash | Love.Angel.Music.Baby. | 364-759 |
| UMG Recordings, Inc. | Dru Hill | In My Bed | Dru Hill | 227-760 |
| Interscope Records | Mya | Case Of The Ex | Fear Of Flying | 279-309 |
| BMG Music | Christina Aguilera | The Voice Within | Stripped | 326-219 |
| Interscope Records | Eminem | Superman | Eminem Show | 317-924 |
| UMG Recordings, Inc. | 112 | My Mistakes | Pleasure & Pain | 370-035 |

# EXHIBIT A

**IP Address:** 209.166.116.180 2008-02-13 17:05:00 EST **CASE ID#** 159041267

**P2P Network:** AresWarezUS **Total Audio Files:** 164

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Allure | All Cried Out | Allure | 241-069 |
| UMG Recordings, Inc. | 50 Cent | In da Club | In Da Club (single) | 323-562 |
| UMG Recordings, Inc. | Ludacris | Blow It Out | Chicken-N-Beer | 347-129 |
| UMG Recordings, Inc. | 50 Cent | Life's on the Line | Get Rich Or Die Tryin' | 337-801 |
| UMG Recordings, Inc. | 112 | Last To Know | Pleasure & Pain | 370-035 |
| UMG Recordings, Inc. | Young Buck | Let Me In | Let Me In (single) | 362-080 |
| Interscope Records | Eminem | Never Enough | Encore | 364-769 |
| UMG Recordings, Inc. | G-Unit | Stunt 101 | Stunt 101 (single) | 343-122 |
| Interscope Records | Eminem | Encore | Encore (single) | 362-156 |
| UMG Recordings, Inc. | Young Buck | Black Gloves | Straight Outta Ca$hville | 361-656 |

# EXHIBIT A

**IP Address:** 209.166.115.50 2008-02-15 15:30:06 EST **CASE ID#** 159270106

**P2P Network:** GnutellaUS **Total Audio Files:** 36

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Semisonic | Closing Time | Feeling Strangely Fine | 251-980 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Honey | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | The Bangles | Walk Like An Egyptian | Different Light | 68-534 |
| Atlantic Recording Corporation | Sugar Ray | Fly | Floored | 208-769 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Bills, Bills, Bills | The Writing's on the Wall | 268-936 |
| Warner Bros. Records Inc. | Madonna | Dress You Up | Like a Virgin | 59-442 |
| Elektra Entertainment Group Inc. | Missy Elliott | Work It | Under Construction | 345-855 |
| BMG Music | Lit | My Own Worst Enemy | A Place in the Sun | 264-272 |
| LaFace Records LLC | TLC | No Scrubs | Fanmail | 298-454 |

# EXHIBIT A

**IP Address:** 209.166.116.153 2008-02-15 18:43:53 EST **CASE ID#** 159285795

**P2P Network:** AresWarezUS **Total Audio Files:** 642

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Linkin Park | Numb | Meteora | 346-247 |
| Interscope Records | Eminem | The Way I Am | The Marshall Mathers LP | 287-944 |
| Zomba Recording LLC | J-Kwon | Hood Hop | Hood Hop | 354-780 |
| UMG Recordings, Inc. | Joe Budden | Fire | Joe Budden | 334-117 |
| Interscope Records | Eminem | Mockingbird | Encore | 364-769 |
| Elektra Entertainment Group Inc. | Busta Rhymes | Dangerous | When Disaster Strikes | 258-724 |
| UMG Recordings, Inc. | G-Unit | Poppin' Them Thangs | Beg For Mercy | 337-759 |

# EXHIBIT A

**IP Address:** 209.166.115.246 2008-02-27 18:23:28 EST **CASE ID#** 160698136

**P2P Network:** GnutellaUS **Total Audio Files:** 721

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Apple pie a la Mode | Survivor | 289-199 |
| UMG Recordings, Inc. | 50 Cent | Back Down | In Da Club (single) | 323-562 |
| Arista Records LLC | Whitney Houston | Greatest Love of All | Whitney Houston | 60-716 |
| Atlantic Recording Corporation | Pretty Ricky | Your Body | Bluestars | 376-229 |
| LaFace Records LLC | TLC | Waterfalls | CrazySexyCool | 198-743 |
| BMG Music | Alicia Keys | A Woman's Worth | Songs in A Minor | 299-410 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Girl | Destiny Fulfilled | 363-786 |
| LaFace Records LLC | Toni Braxton | You Mean the World to Me | Toni Braxton | 208-619 |
| Atlantic Recording Corporation | Twista | Hope | Kamikaze | 360-486 |

# EXHIBIT A

**IP Address:** 209.166.117.187 2008-03-04 00:41:44 EST

**CASE ID#** 161300799

**P2P Network:** GnutellaUS

**Total Audio Files:** 810

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Erick Sermon | Music | Music | 301-906 |
| UMG Recordings, Inc. | 112 | U Already Know | U Already Know (single) | 369-648 |
| UMG Recordings, Inc. | Jay-Z | Holla | The Dynasty - Roc La Familia 2000 | 295-613 |
| Atlantic Recording Corporation | Pretty Ricky | Nothing But A Number | Bluestars | 376-229 |
| UMG Recordings, Inc. | DMX | Stop Being Greedy | It's Dark And Hell Is Hot | 252-613 |
| Virgin Records America, Inc. | Shaggy | Boombastic | Boombastic | 222-048 |
| UMG Recordings, Inc. | Sisqo | Incomplete | Unleash The Dragon | 277-984 |

# EXHIBIT A

**IP Address:** 209.166.115.116 2008-03-20 07:46:26 EDT

**CASE ID#** 163234214

**P2P Network:** AresWarezUS

**Total Audio Files:** 147

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| UMG Recordings, Inc. | Gwen Stefani | Crash | Love.Angel.Music.Baby. | 364-759 |
| UMG Recordings, Inc. | Dru Hill | In My Bed | Dru Hill | 227-760 |
| Interscope Records | Mya | Case Of The Ex | Fear Of Flying | 279-309 |
| BMG Music | Christina Aguilera | The Voice Within | Stripped | 326-219 |
| UMG Recordings, Inc. | Black Eyed Peas | Dum Diddly | Monkey Business | 378-166 |
| UMG Recordings, Inc. | 112 | My Mistakes | Pleasure & Pain | 370-035 |
| Interscope Records | Eminem | Superman | Eminem Show | 317-924 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | The Way You Make Me Feel | Bad | 84-256 |

# EXHIBIT A

**IP Address:** 209.166.115.58 2008-03-21 20:40:14 EDT **CASE ID#** 163431247

**P2P Network:** AresWarezUS **Total Audio Files:** 753

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Ludacris | Intro | The Red Light District | 364-863 |
| UMG Recordings, Inc. | Joe Budden | Fire | Joe Budden | 334-117 |
| Capitol Records, LLC | Chingy | Right Thurr | Jackpot | 343-105 |
| BMG Music | Cassidy | 6 Minutes | I'm A Hustla | 377-767 |
| UMG Recordings, Inc. | LL Cool J | I Need Love | Bigger And Deffer | 83-510 |
| UMG Recordings, Inc. | 50 Cent | Just A Lil bit | The Massacre | 366-051 |
| SONY BMG MUSIC ENTERTAINMENT | Jagged Edge | Goodbye | Jagged Little Thrill | 302-328 |
| Capitol Records, LLC | Chingy | I Do | Powerballin' | SRu 556-825 |

# EXHIBIT A

**IP Address:** 209.166.115.65 2008-03-26 16:39:12 EDT **CASE ID#** 164051481

**P2P Network:** GnutellaUS **Total Audio Files:** 62

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Spice Girls | Too Much | Spiceworld | 261-523 |
| Interscope Records | No Doubt | Underneath it All | Rock Steady | 305-872 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Wonderwall | (What's The Story) Morning Glory | 289-141 |
| Virgin Records America, Inc. | Spice Girls | 2 Become 1 | Spice | 201-276 |
| Interscope Records | No Doubt | Just A Girl | Tragic Kingdom | 206-724 |
| SONY BMG MUSIC ENTERTAINMENT | The Offspring | The Kids Aren't Alright | Americana | 264-015 |
| Elektra Entertainment Group Inc. | Missy Elliott | Get Your Freak On | Miss E...So Addictive | 297-686 |
| Atlantic Recording Corporation | Brandy Featuring Mase | Top of The World | Never Say Never | 256-701 |

# EXHIBIT A

**IP Address:** 209.166.116.250 2008-04-05 22:08:05 EDT

**CASE ID#** 165462177

**P2P Network:** AresWarezUS

**Total Audio Files:** 683

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Zomba Recording LLC | Justin Timberlake | Like I Love You | Like I Love You (single) | 321-888 |
| Interscope Records | Eminem | The Way I Am | The Marshall Mathers LP | 287-944 |
| Zomba Recording LLC | J-Kwon | Hood Hop | Hood Hop | 354-780 |
| Interscope Records | Eminem | Mockingbird | Encore | 364-769 |
| Elektra Entertainment Group Inc. | Busta Rhymes | Dangerous | When Disaster Strikes | 258-724 |
| UMG Recordings, Inc. | LL Cool J | I Need Love | Bigger And Deffer | 83-510 |

# EXHIBIT A

**IP Address:** 209.166.116.240 2008-04-10 06:51:22 EDT **CASE ID#** 166006603

**P2P Network:** AresWarezUS **Total Audio Files:** 345

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Interscope Records | Eve | Love Is Blind | Let There Be Eve...Ruff Ryder's First Lady | 265-925 |
| Arista Records LLC | Next | Wifey | Wifey (single) | 287-199 |
| UMG Recordings, Inc. | Dru Hill | How Deep Is Your Love | Enter the Dru | 290-402 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Naughty Girl | Dangerously in Love | 342-236 |
| SONY BMG MUSIC ENTERTAINMENT | Ginuwine | Differences | The Life | 296-962 |
| Arista Records LLC | Outkast | Roses | Speakerboxxx/The Love Below | 340-520 |
| BMG Music | Usher | Do It To Me | Confessions | 354-784 |

# EXHIBIT A

**IP Address:** 209.166.115.168 2008-04-10 14:51:00 EDT **CASE ID#** 166049943

**P2P Network:** GnutellaUS **Total Audio Files:** 365

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Blink-182 | All the Small Things | Enema of the State | 279-826 |
| UMG Recordings, Inc. | Afroman | Because I Got High | The Good Times | 301-429 |
| UMG Recordings, Inc. | Ludacris | Move Bitch | Word of Mouf | 304-605 |
| Capitol Records, LLC | Chingy | Right Thurr | Jackpot | 343-105 |
| UMG Recordings, Inc. | Musiq | Musiq Soulchild | Aijuswanaseing | 291-528 |
| UMG Recordings, Inc. | Ludacris | Pimpin' All Over The World | The Red Light District | 364-863 |
| Warner Bros. Records Inc. | Green Day | Nice Guys Finish Last | Nimrod | 244-558 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Nas Is Like | I Am | 175-149 |
| Warner Bros. Records Inc. | My Chemical Romance | Helena | Three Cheers for Sweet Revenge | 360-197 |
| UMG Recordings, Inc. | Weezer | Beverly Hills | Beverly Hills (single) | 377-899 |

# EXHIBIT A

**IP Address:** 209.166.116.175 2008-04-23 16:18:54 EDT **CASE ID#** 167514146

**P2P Network:** GnutellaUS **Total Audio Files:** 45

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Zomba Recording LLC | Justin Timberlake | Cry Me a River | Justified | 319-834 |
| Interscope Records | Eminem | Sing for the Moment | Eminem Show | 317-924 |
| Warner Bros. Records Inc. | Madonna | Like a Prayer | Like A Prayer (single) | SRu 148-149 |
| Warner Bros. Records Inc. | Madonna | American Life | American Life | 330-200 |
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| Warner Bros. Records Inc. | Madonna | Express Yourself | Like a Prayer | 106-808 |
| Warner Bros. Records Inc. | Madonna | Hung Up | Confessions on a Dance Floor | 375-278 |